UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**NORBERTO MEDINA RODRÍGUEZ,**

   Plaintiff.

      v.

**CANOVANILLAS SHOPPING VILLAGE,**

   Defendant.

CIVIL NO.  16-2586 (PAD)

**JUDGMENT**

In accordance with Order issued today (Docket No. 13), the court hereby enters judgment dismissing plaintiff's claims with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of January, 2017.

                                                s/Pedro A. Delgado-Hernández
                                                PEDRO A. DELGADO HERNANDEZ
                                                United States District Judge